1

2

3

4

5

6                 **UNITED STATES DISTRICT COURT**

7                 **EASTERN DISTRICT OF CALIFORNIA**

8

9  **UNITED STATES OF AMERICA,**        )        **1:07-cr-0243 OWW**
                                        )
10                   **Plaintiff,**      )        **ORDER TO FILE REPORT UNDER**
                                        )        **SEAL**
11        **v.**                         )
                                        )
12 **LEM PHIN and ORM HEING,**           )
                                        )
13                                      )
                   **Defendants.**       )
14                                      )
   _____    )
15

16

17        The Court has received the mental health report on the

18   Defendant, Lem Phin, dated August 25, 2011 prepared by the Risk

19   Assessment Panel at the U.S. Medical Center for Federal Prisoners

20   in Springfield, Missouri.  This report shall be filed under seal.

21

22   IT IS SO ORDERED.

23   **Dated:    September 2, 2011**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                  **1**