1   SALVATORE SCIANDRA, Bar No. 58256
    Law Offices of Salvatore Sciandra
2   2300 Tulare Street, Suite 230
    Fresno, CA  93721
3   Telephone:  559.233.1000
    Facsimile: 559.233.6044
4

5   Attorney for Defendant, LEM PHIN

6

7

8               IN THE UNITED STATES DISTRICT COURT FOR THE

9                   EASTERN DISTRICT OF CALIFORNIA

10   UNITED STATES OF AMERICA,      )     CASE NUMBER: 1:07-CR-00243-LJO
                             )
11           Plaintiff,        )     STIPULATION AND ORDER FOR A
                             )     RESETTING OF STATUS
12   v.                        )     CONFERENCE
                             )
13   LEM PHIN,               )
                             )     Date:       Monday, August 27, 2012
14           Defendant.      )     Time:      8:300 a.m.
                             )     Courtroom:  4
15

16        **IT IS HEREBY STIPULATED** by and between plaintiff, the United States of America, and

17   the defendant by and through his counsel of record, that the time set for the Status Conference on

18   Monday, August 27, 2012 at 8:30 a.m. be moved to Monday, October 1, 2012 at 8:30 a.m. because of

19   scheduling difficulties with Dr. Laura Geiger and to allow her addition time to write her report.

20                                    Respectfully submitted,

21

22   DATED:  August 23, 2012             /s/   Salvatore Sciandra
                                   SALVATORE SCIANDRA
23                                  Attorney for Defendant,
                                  LEM PHIN
24

25

26   / / /

27   / / /

28   / / /

1   / / /

2   DATED: August 23, 2012                  /s/   Laural J. Montoya
                                              LAURAL J. MONTOYA

3                                               Assistant United States Attorney

4

5                                         **ORDER**

6   Good cause having been stated, the request is granted.

7   IT IS SO ORDERED.

8   **Dated:**    **August 23, 2012**                     **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28